# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MARVIN D. CAGE,<br><br>             Petitioner,<br><br>         v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>             Respondent. | NO. EDCV 17-01524-JFW (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 9, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE