1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11 | MARVIN D. CAGE,

Case No. EDCV 17-1524-PA(AS)

12 |          Petitioner,

**ORDER ACCEPTING FINDINGS,**

13 |     v.

**CONCLUSIONS AND**

14 | WARREN L. MONTGOMERY,

**RECOMMENDATIONS OF UNITED**

15

**STATES MAGISTRTE JUDGE**

16 |          Respondent.

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19 Amended Petition, all of the records herein and the attached Report

20 and Recommendation of United States Magistrate Judge to which no

21 objections were filed. Accordingly, the Court concurs with and

22 accepts the findings and conclusions of the Magistrate Judge.

23

24      **IT IS ORDERED** that Judgment be entered denying the Amended

25 Petition and dismissing this action with prejudice.

26

27      **IT IS FURTHER ORDERED** that the Clerk serve copies of this

28 Order, the Magistrate Judge's Report and Recommendation and the

1   Judgment  herein  on  counsel  for  Petitioner  and  counsel  for

2   Respondent.

3

4        **LET JUDGMENT BE ENTERED ACCORDINGLY**

5   DATED:   January 22, 2023

6

7   _____
                         PERCY ANDERSON
8             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28