**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN D. CAGE,<br><br>        Petitioner,<br><br>     v.<br><br>WARREN L. MONTGOMERY,<br><br><br>            Respondent. | Case No. EDCV 17-1524-PA(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Amended Petition is denied and dismissed with prejudice.

DATED:  January 22, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE